**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Enrique LOPEZ–RUELAS, a.k.a. Francisco R. Cuevas, a.k.a. Enrique Ruelas Lopez, Defendant—Appellant.**

**No. 10–10438.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

Randall M. Howe, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

James Sun Park, Counsel, Phoenix, AZ, for Defendant–Appellant.

Enrique Lopez–Ruelas, Beaver, WV, Pro Se.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Enrique Lopez–Ruelas appeals from his guilty-plea conviction and 63–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Ruelas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez–Ruelas with the opportunity to file a pro se supplemental brief. He did not file a supplemental brief, but he did file a motion for appointment of new counsel.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED,** and Lopez–Ruelas's motion for appointment of new counsel is **DENIED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.